IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA  DIVISION

NATVERLAL PATEL; and
JASWANTI PATEL                                                                              PLAINTIFFS

v.                                               Case No. 4:10-CV-04195

VIKRAM TRIVEDI; and NEW YORK
LIFE INSURANCE COMPANY                                                          DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's Order filed contemporaneously herewith, IT IS

HEREBY ORDERED AND ADJUDGED that Defendant Trivedi's first Motion to Dismiss (Doc.

14) be DISMISSED AS MOOT.

IT IS FURTHER ORDERED AND ADJUDGED that Defendant New York Life's Motion

to Dismiss (Doc. 19) be GRANTED and Defendant Trivedi's second Motion to Dismiss (Doc. 21)

be GRANTED.  This matter is accordingly DISMISSED WITH PREJUDICE for failure to state a

claim. Any motion for attorneys' fees should be made in accordance with Federal Rule of Civil

Procedure 54(d).  If no such motion is timely filed, the parties are instructed to bear their own fees

and costs.

IT IS SO ORDERED AND ADJUDGED this 7th day of May, 2012.


/s/ P. K. Holmes, III

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE