IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

NATVERLAL PATEL and JASWANTI PATEL                                              PLAINTIFFS

v.                                        Case No. 4:10-CV-04195

NEW YORK LIFE INSURANCE COMPANY                                                  DEFENDANT

**O R D E R**

Now before the Court is the motion (Doc. 56) by attorney Robert S. Tschiemer to withdraw as counsel of record for Plaintiffs Natverlal and Jaswanti Patel. The Court, being well and sufficiently advised, finds that the motion should be GRANTED, and Robert S. Tscheimer is withdrawn as counsel for the Patels.

Plaintiffs are hereby **ORDERED** to have another attorney enter an appearance on their behalf or, in the alternative, to advise the Court that they wish to represent themselves in this matter by proceeding without counsel, *pro se.* Such appearance must be entered or notification received **on or before February 10, 2014. Plaintiffs are advised that their failure to comply with this order may result in the dismissal of their action for failure to obey a Court order and for failure to prosecute**. If Plaintiffs file with the clerk of court a request for an extension of this deadline *before February 10, 2014*, the Court may extend the deadline if the Court finds that there is a good reason to do so.

Mr. Tscheimer is directed to provide Plaintiffs with a copy of this order and to file an affidavit averring service or other proof of compliance with this order on the record.

The deadlines set forth in the initial scheduling order are stayed. An amended initial scheduling order will be entered upon Plaintiffs' compliance with this order.

As a final administrative matter, the Court directs the Clerk of Court to terminate Vikram

Trivedi as a defendant in this action, as the Eighth Circuit affirmed the Court's dismissal of all claims against Mr. Trivedi. The only claim that remains for consideration on remand from the Eighth Circuit is a breach of contract claim against New York Life Insurance Company.

IT IS SO ORDERED this 10th day of January, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE