IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

NATVERLAL PATEL and JASWANTI PATEL                                              PLAINTIFFS

v.                                        Case No. 4:10-CV-04195

NEW YORK LIFE INSURANCE COMPANY                                                  DEFENDANT

**O R D E R**

Now before the Court is the motion (Doc. 68) by law firm Sutter & Gillham, PLLC to withdraw as counsel of record for Plaintiffs Natverlal and Jaswanti Patel as well as an amended motion to withdraw (Doc. 70) and a second amended motion to withdraw (Doc. 71). The Court, being well and sufficiently advised, finds that the second amended motion (Doc. 71) should be GRANTED, and Sutter & Gillham, PLLC,[1] and specifically the attorney of record, Luther Sutter, is withdrawn as counsel for the Patels.  The original motion (Doc. 68) and first amended motion (Doc. 70) are DENIED AS MOOT.

The first amended motion indicated that Plaintiffs had retained other counsel.  However, no notice of appearance has yet been entered by other counsel for Plaintiffs in this case, and the second amended motion represented that perhaps other counsel had not actually been hired by Plaintiffs. In any event, Plaintiffs are hereby **ORDERED** to have another attorney enter an appearance on their behalf or, in the alternative, to advise the Court that they wish to represent themselves in this matter by proceeding without counsel, *pro se.* Such appearance must be entered or notification received **on or before Monday, August 4, 2014.  Plaintiffs are advised that their failure to comply with this**

---

[1] The Court notes that the firm listed for the attorney of record, Luther Sutter, is Harrill & Sutter, PLLC.  The Court assumes that the firm name should be Sutter & Gillham, PLLC, as represented in Mr. Sutter's motion.  Mr. Sutter is advised to update his contact information on the CM/ECF system.

**order may result in the dismissal of their action for failure to obey a Court order and for failure to prosecute**. If Plaintiffs file with the clerk of court a request for an extension of this deadline *before August 4, 2014*, the Court may extend the deadline if the Court finds that there is a good reason to do so.

Mr. Sutter is directed to provide Plaintiffs with a copy of this order and to file an affidavit averring service or other proof of compliance with this order on the record.

IT IS SO ORDERED this 7th day of July, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE